United States Bankruptcy Court

Northern District of Alabama

In re:   Case No. 24-70036-JHH
Kurt Sanford Morton   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-7   User: admin   Page 1 of 1
Date Rcvd: Jun 06, 2025   Form ID: pdfptys   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kurt Sanford Morton, 5205 Loden Green Lane, Northport, AL 35473-1353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Jun 06 2025 23:44:00 | Wendy Locke, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K Jordan | on behalf of Creditor Pingora Loan Servicing LLC bkecfinbox@aldridgepite.com, bjordan@ecf.courtdrive.com |
| C David Cottingham | dcottingham@ch13tuscaloosa.com  dcottingham13@ecf.epiqsystems.com;trusteeALNB1C@ecf.epiqsystems.com |
| Eric M Wilson | on behalf of Debtor Kurt Sanford Morton notices@ericwilsonlaw.com  WilsonER74346@notify.bestcase.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION**

**In the Matter of:**

| | | |
|---|---|---|
| Kurt Sanford Morton | } | **Case No: 24-70036-JHH13** |
| SSN: XXX-XX-2650 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

**ORDER RESCHEDULING HEARING**

This matter was scheduled for a hearing on Thursday, June 12, 2025 01:00 PM on the following:
   RE: Doc #39; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

**It is hereby ORDERED, ADJUDGED and DECREED that:**

By agreement of the debtor(s) and the trustee, and approval of the court, the hearing on the trustee's motion to dismiss this case is CONTINUED to July 24, 2025 at 1:00 p.m. in Room 2600, Federal Courthouse, 2005 University Boulevard, Tuscaloosa, Alabama.

Dated: 06/06/2025

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge