United States Bankruptcy Court

Northern District of Alabama

In re:  Case No. 24-70036-JHH
Kurt Sanford Morton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-7     User: admin     Page 1 of 1
Date Rcvd: Jul 24, 2025     Form ID: pdfptys     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kurt Sanford Morton, 5205 Loden Green Lane, Northport, AL 35473-1353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Jul 25 2025 00:08:00 | Wendy Locke, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025     Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K Jordan | on behalf of Creditor Pingora Loan Servicing LLC bkecfinbox@aldridgepite.com, bjordan@ecf.courtdrive.com |
| C David Cottingham | dcottingham@ch13tuscaloosa.com dcottingham13@ecf.epiqsystems.com;trusteeALNB1C@ecf.epiqsystems.com |
| Eric M Wilson | on behalf of Debtor Kurt Sanford Morton notices@ericwilsonlaw.com WilsonER74346@notify.bestcase.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Kurt Sanford Morton | } | **Case No: 24-70036-JHH13** |
| SSN: XXX-XX-2650 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER WITHDRAWING

This matter came before the Court on Thursday, July 24, 2025 01:00 PM, for a hearing on the following:

   RE: Doc #39; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Proper notice of the hearing was given and appearances were made by the following:
  C David Cottingham, Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, the chapter 13 trustee's withdrawal of the pending motion to dismiss (Doc. 39) is APPROVED.

Dated: 07/24/2025

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge